# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**585**

**CAF 10-01948**

PRESENT: SCUDDER, P.J., SMITH, FAHEY, AND LINDLEY, JJ.

---

IN THE MATTER OF DIANE K. MASON-CRIMI,
PETITIONER-APPELLANT,

V                                                    MEMORANDUM AND ORDER

MICHAEL J. CRIMI, SR., RESPONDENT-RESPONDENT.
(APPEAL NO. 2.)

---

TIMOTHY R. LOVALLO, BUFFALO, FOR PETITIONER-APPELLANT.

RANDY S. MARGULIS, WILLIAMSVILLE, FOR RESPONDENT-RESPONDENT.

RONALD M. CINELLI, ATTORNEY FOR THE CHILD, BUFFALO, FOR MICHAEL J.C.,
JR.

-------------------------------------------------------------------------------

Appeal from an order of the Family Court, Erie County (Debra L. Givens, A.J.), entered September 14, 2010 in a proceeding pursuant to Family Court Act article 6. The order, insofar as appealed from, did not sanction respondent for an alleged violation of a prior order.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Matter of Mason-Crimi v Crimi* ([appeal No. 1] ___ AD3d ___ [Apr. 27, 2012]).

Entered:  April 27, 2012                          Frances E. Cafarell
                                                  Clerk of the Court